UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:13-CR-54 |
| | ) | |
| TRACY BROWN | ) | |

**O R D E R**

On June 4, 2013, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of

the Bill of Information in exchange for the undertakings made by the government in the written

plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of

the Bill of Information; (c) that a decision on whether to accept the plea agreement be deferred

until sentencing; and (d) Defendant shall remain on bond pending sentencing in this matter (Doc.

9).   Neither party filed an objection within the given fourteen days.   After reviewing the record,

the Court agrees with the magistrate judge's report and recommendation.   Accordingly, the Court

**ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28

U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Bill of Information, in exchange for the

undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Bill of Information;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Monday,**

**September 9, 2013, at 9:00 am.**

 **SO ORDERED.**

 **ENTER:**

                                             _____*/s/ Harry S. Mattice, Jr.*_____
                                             HARRY S. MATTICE, JR.
                                             UNITED STATES DISTRICT JUDGE